IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 8:14-CR-365 (LEK) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| ISIDRO ANTONIO CAPELLAN GARCIA, a/k/a JOSE ODALIS PAULINO SANTOS, a/k/a ESTARIO CRUZ GARCIA, | ) | Violation: 8 U.S.C. § 1326(a) [Illegal Re-entry] |
| | ) | 1 Count |
| **Defendant.** | ) | County of Offense: Clinton |

*[FILED stamp: U.S. DISTRICT COURT - N.D. OF N.Y., OCT 0 1 2014, AT ___ O'CLOCK, Lawrence K. Baerman, Clerk - Albany]*

### THE GRAND JURY CHARGES:

**COUNT 1**
[Illegal Re-entry]

On or about September 23, 2014, in Clinton County in the Northern District of New York, the defendant, **ISIDRO ANTONIO CAPELLAN GARCIA, a/k/a Jose Odalis Paulino Santos, a/k/a Estario Cruz Garcia**, an alien, who had been removed, thereafter attempted to enter the United States at the Champlain, New York, Port of Entry, without having obtained the express consent of the Attorney General, or his successor, the Secretary of the Department of Homeland Security, to reapply for admission, in violation of Title 8, United States Code, Section 1326(a).

Dated:

A TRUE BILL,  ***REDACTED***

Grand Jury Foreperson

RICHARD S. HARTUNIAN
United States Attorney

By: *[signature]*

Edward P. Grogan
Assistant United States Attorney
Bar Roll No. 506388